UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

Tierra Young
Omega Harris
Leonard Baugh

(list each defendant appearing at hearing)

) Case No.: 3-09-00240
)
) Judge: John T. Nixon
)
) Hearing Date: 2/5/2013
)
) Location: Nashville ☑  Columbia ☐  Cookeville ☐
)
) Court Reporter: Charlotte Sloan
)
) Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sunny Koshy

Defense Attorney(s): Peter Strianse

**TRIAL PROCEEDINGS**
1. JuryTrial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing * ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

**NON-TRIAL PROCEEDINGS**
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status Conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on Day 1 only):
1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Day 5 of Jury Selection.

Total Time in Court: 6 hour and 20 Minutes

KEITH THROCKMORTON, Clerk
by: Mary Conner