IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | |
| | ) | Judge Nixon |
| OMEGA HARRIS | ) | |

### ORDER

Pending before the Court are Defendant Omega Harris's Motion to Reassert Pending Motions (Doc. No. 1234) and Motion to Ascertain Status of Pending Motion (Doc. No. 1302) ("Motions"), in which Mr. Harris reasserts and requests the Court inform him of the status of his previously filed Motion to Dismiss (Doc. No. 1104). The Court denied Mr. Harris's Motion to Dismiss on January 28, 2013. (Doc. No. 1826.) Therefore, Mr. Harris's Motions (Doc. Nos. 1234; 1302) are **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the 11th day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT