IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | 3:09-cr-00240-17 |
| | ) | |
| OMEGA HARRIS; LEONARD BAUGH | ) | Judge Nixon |

### ORDER

Pending before the Court Is the Government's Motion for Leave to File Pleading Under Seal ("Motion") (Doc. No. 1974), which pertains to a motion (Doc. No. 1975). The Government's Motion (Doc. No. 1974) is **GRANTED**; the aforementioned motion may be filed under seal.

It is so ORDERED.

Entered this the 21st day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT