IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | 3:09-cr-00240-17 |
| | ) | Judge Nixon |
| OMEGA HARRIS; LEONARD BAUGH | ) | |

## ORDER

Pending before the Court is the Government's Motion to Dismiss Bench Warrant for Defense Witness ("Motion") (Doc. No. 2207), in which it requests, on behalf of Defendant Omega Harris, that the Court dismiss the outstanding bench warrant issued for Stephon A. Smith on March 18, 2013 (Doc. No. 2096). Mr. Harris, through his counsel, Peter Strianse, has requested the Government file the Motion as Mr. Harris's trial has concluded and thus, the purpose of the bench warrant is now moot. The Court **GRANTS** the Motion (Doc. No. 2207) and **DISMISSES** the arrest warrant for Mr. Smith (Doc. No. 2096).

It is so ORDERED.

Entered this the 21st day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT