IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | |
| | ) | Judge Nixon |
| OMEGA HARRIS | ) | |

## ORDER

Pending before the Court is Defendant Omega Harris's Motion to Continue Sentencing Date ("Motion"), in which Mr. Harris requests the Court continue his sentencing hearing based on pending sentencing reform legislation that could potentially affect his guideline range. (Doc. No. 2568.) Mr. Harris states that Congress is scheduled to vote on amendments to the Federal Sentencing Guidelines on October 31, 2014, and thus requests his sentencing be rescheduled to a date following the vote.

The Court **GRANTS** the Motion; Mr. Harris's sentencing hearing is **CONTINUED** to **November 14, 2014,** at **10:00 a.m.**

It is so ORDERED.

Entered this the 26 day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT