UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00240 |
| | ) | |
| TONEISHA CLEMMONS | ) | |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the material witness warrant against Mrs. Clemmons. The government submits that Mrs. Clemmons has testified. The government further submits that Mrs. Clemmons, through her attorney Everett Parrish, is available to testify in the future as needed. Therefore, the government submits that the warrant is no longer needed.

*So Ordered*

Respectfully submitted,

DAVID RIVERA

United States Attorney for the
Middle District of Tennessee

*s/ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been forwarded via US mail to Everett Parrish, attorney for defendant, P.O. Box 3602, Brentwood, TN 37024 on this the 18th day of March, 2014.

*s/ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney

Case 3:09-cr-00240  Document 2605  Filed 03/18/14  Page 1 of 1 PageID #: 13453