IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | |
| | ) | Judge Nixon |
| OMEGA HARRIS | ) | |

## ORDER

The Court is in receipt of a letter from Defendant Omega Harris. (Doc. No. 2678.) The Court hereby **DIRECTS** the Clerk of the Court to forward a copy of the letter to Mr. Harris's attorney, Mr. Peter Strainse.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT