IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-16 |
| v. ) | |
| ) | Judge Nixon |
| OMEGA HARRIS ) | |

### ORDER

Pending before the Court is the Defendant's Motion to Continue Sentencing Hearing ("Motion") in which the Defendant requests that his sentencing be continued to May 2015. (Doc. No. 2728.) The Government does not object to the Motion. Accordingly, the Court **CONTINUES** the sentencing hearing to **Friday May 15, 2015**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 29 day of October, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT