**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | |
| | ) | **Judge Nixon** |
| OMEGA HARRIS | ) | |

## ORDER

The Court **GRANTS** Defendant's Motion for Leave to Manually File Audio Recording. (Doc. No. 2884.)

It is so ORDERED.

Entered this the 3rd day of March, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT