IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | |
| | ) | Judge Nixon |
| OMEGA HARRIS | ) | |

## ORDER

Pending before the Court is the Government's Second Motion to Extend Response Time (Doc. No. 2902) to which defense counsel has no objection. The Court **GRANTS** the Motion. The Government may file its response to Defendant's Motion for New Trial Based on Newly Discovered Evidence (Doc. No. 2883) by **Friday, June 10, 2016**.

It is so ORDERED.

Entered this the 10th day of May, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT